**12 CV 1158 -A**

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Dashon Martel Hines

-vs-

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Sallie Mae
2.
3.
4.
5.
6.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: UCC violations - promissory notes 28 USC 1331

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: 28 USC 1331 - Claim arose in this jurisdiction

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Contracts

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Dashon Hines
Present Address: 59 Lawton Street Buffalo New York 14208

Name of Second Plaintiff: _____
Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Sallie Mae
Official Position of Defendant (if relevant): Lender
Address of Defendant: PO Box 9500 - Wilkes-Barre PA 18773-9500

Name of Second Defendant: _____
Official Position of Defendant (if relevant): _____
Address of Defendant: _____

Name of Third Defendant: _____
Official Position of Defendant (if relevant): _____
Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

   Yes ____   No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s):_____

    _____

2.    Court (if federal court, name the district; if state court, name the county):_____

    _____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending? Yes____ No____

            If not, give the approximate date it was resolved._____

        Disposition (check those statements which apply):

           ____ Dismissed (check the statement which indicates why it was dismissed):

                ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

                ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

                ____ By court due to your voluntary withdrawal of claim;

           ____ Judgment upon motion or after trial entered for

                ____ plaintiff
                ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On *(date of the incident)* November 11, 2012

defendant *(give the **name and (if relevant) the position held** of each defendant involved in this incident)* Sallie Mae Customer Service Department

3

did the following to me (*briefly state what each defendant named above did*): Breach contract terms. Specifically, Sallie Mae attempted unjust enrich themselves by collecting interest and payments on a loan short of maturity. Sallie Mae sent notices to the Plaintiff without legal authority seeking payment of funds on a loan short of maturity.

The federal basis for this claim is: Contracts are governed by the UCC and promissary are governed by federal law.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Award the Plaintiff the requested damages of $900 Trillion and take appropriate action against the Defendants.

**B. SECOND CLAIM:** On (*date of the incident*) _____

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Award the requested damages of $900 Trillion to the Plaintiff and take appropriate action against the Defendant.

Do you want a **jury trial**? Yes____ No __✓__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/20/12__
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5